ORIGINAL

FILED
U.S. DISTRICT COURT
SAV. DIV.

2005 DEC 22  AM 10: 57

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ROGER EUGENE SAPP, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.: CV605-118 |
| KAISEY FLEMING; TRAVIS SANDERS, and WILLIAM AUSTIN, | : |
| Defendants. | : |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that, while he did not exhaust his administrative remedies, it was through no fault of his own. Plaintiff alleges that the administrative grievance policy in place at Georgia State Prison requires inmates to submit their grievances in blue or black ink. Plaintiff contends that all he had was a pencil with which to write his grievance, and staff refused to accept his grievance.

Plaintiff's Objections are without merit. Plaintiff could have asked another inmate or a prison official for a blue or black pen so that he could file a grievance in compliance with prison policy. The Report and Recommendation of the Magistrate Judge is adopted

as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 22 day of December, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)